446 A.2d 704

Commonwealth v. Smith, Appellant.

Submitted May 21, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.